Per Curiam.
 

 [¶ 1] Richard Tamba appealed a district court order denying his application for post-conviction relief. Tamba argues the district court erred in finding Tamba failed to establish he was prejudiced by his trial counsel's deficient representation. At oral argument, Tamba raised issues regarding the proper interpretation of
 
 Padilla v. Kentucky
 
 ,
 
 559 U.S. 356
 
 , 372,
 
 130 S.Ct. 1473
 
 ,
 
 176 L.Ed.2d 284
 
 (2010). This issue was not raised in the briefs, so we do not consider it. We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (7).
 
 Bahtiraj v. State
 
 ,
 
 2013 ND 240
 
 , ¶ 17,
 
 840 N.W.2d 605
 
 (in an immigration case, discussing factors to be considered by the district court in determining whether a defendant would have decided not to plead guilty and insisted instead on going to trial).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Jon J. Jensen
 

 Lisa Fair McEvers
 

 Daniel J. Crothers
 

 Jerod E. Tufte